IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO. 22-cr-00056-CMA

UNITED STATES OF AMERICA,

       Plaintiff,

v.

**JOHN B. CARR,**

       **Defendant.**

_____

**UNOPPOSED MOTION TO RESTRICT ACCESS**
_____

       MR. JOHN B. CARR, through his attorney, Timothy P. O'Hara, Assistant Federal Public Defender, respectfully requests that Documents 36 and 37 be restricted at Level 2.

       Respectfully submitted,

       VIRGINIA L. GRADY
       Federal Public Defender

       s/ *Timothy P. O'Hara*
       TIMOTHY P. O'HARA
       Assistant Federal Public Defender
       633 Seventeenth Street, Suite 1000
       Denver, Colorado  80202
       Telephone:  (303) 294-7002
       FAX:  (303) 294-1192
       Email:  Timothy_OHara@fd.org
       Attorney for Mr. Carr

## CERTIFICATE OF SERVICE

I certify that on September 1, 2023, I electronically filed the foregoing

**UNOPPOSED MOTION TO RESTRICT ACCESS**

with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following email address:

    Alison Connaughty
    Assistant U.S. Attorney
    Email:  Alison.Connaughty@usdoj.gov

and I certify that I have mailed or served the document or paper to the following non-CM/ECF participant in the manner (mail, hand-delivery, etc.) indicated by the non-participant's name:

    John B. Carr (U.S. Mail)

                      s/ *Timothy P. O'Hara*
                      TIMOTHY P. O'HARA
                      Assistant Federal Public Defender
                      633 Seventeenth Street, Suite 1000
                      Denver, Colorado  80202
                      Telephone:  (303) 294-7002
                      FAX:  (303) 294-1192
                      Email:  timothy_ohara@fd.org
                      Attorney for Mr. Carr